UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **DEREK MORTLAND**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**Hholding, LLC**, an Ohio limited liability )<br>company, )<br>)<br>Defendant. )<br>) | Case No. 3:24-cv-678<br><br>Judge James R. Knepp II<br><br>Magistrate Judge Darrell A. Clay |

# **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS**

Upon stipulation of the parties and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and with each party to bear their or its own attorneys' fees and costs.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over this case solely for the purpose of enforcement of the terms and conditions of the parties' settlement agreement.

IT IS SO ORDERED.

Dated: 5/9/2025

*s/ James R. Knepp II*
Hon. Judge James R. Knepp II

STIPULATED AND AGREED TO BY:

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| \s\ Owen B Dunn Jr | /s/ Bruce S. Schoenberger, Esq. |
| Owen B. Dunn, Jr., Esq. (0074743) | Bruce S. Schoenberger, Esq. (0019765) |
| Law Offices of Owen Dunn, Jr. | Ali A. Nour, Esq. (0096243) |
| 6800 W. Central Ave., Suite C-1 | Gressley, Kaplin & Parker, LLP |
| Toledo, OH 43617 | One SeaGate, Suite 1645 |
| (419) 241-9661 – Phone | Toledo, Ohio 43604 |
| (419) 241-9737 - Facsimile | Telephone: 419-244-8336 |
| Email: obdjr@owendunnlaw.com | Facsimile: 419-244-1914 |
| | E-mail: bss2@gkplaw.net |